IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| HARDSHAD P. DESAI, | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** |
|---|---|
| Plaintiff, | |
| v. | |
| GARFIELD COUNTY GOVERNMENT, JOSEPH THOMPSON, KADE FULMER, LELAND POLLOCK, DAVID B. TEBB, JERRY TAYLOR, UTAH STATE TAX COMMISSION, DANNY LYTLE, GERALD OSBORNE, BENJAMIN HULET, JOHN VALENTINE, MICHAEL CRAGUN, ROBERT PERO, REBECCA ROCKWELL, and BARRY CONOVER, | Case No. 2:17-cv-01164-DN-EJF<br><br>District Judge David Nuffer |
| Defendants. | |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on January 10, 2019, recommends that Plaintiff's claims against Defendants Danny Lytle, Gerald Osborne, Benjamin Hulet, John Valentine, Michael Cragun, Robert Pero, Rebecca Rockwell, Barry Conover, Joseph Thompson, and Kade Fulmer be dismissed without prejudice for Plaintiff's failure to serve process.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[2] On January 18, 2019, Plaintiff filed three documents: "Motion to Schedule Hearing to

---

[1] Report and Recommendation to Dismiss Individual Defendants ("Report and Recommendation"), docket no. 59, filed Jan. 10, 2019.

[2] *Id*. at 6.

Clear confusion of amendment 11 (Defendant's Claim);"[3] "Motion to Schedule Hearing to Clear Confusion of Relief Claimed;"[4] and "Motion to Schedule Hearing to Clear confusion of Court Jurisdictions (State v. Federal District Court)."[5] Nothing in the content of these documents can be construed as objecting to the Report and Recommendation's findings, analysis, or conclusion. No other filings were made within the 14-day objection period. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[6] is ADOPTED in its entirety.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[7] is ADOPTED. Plaintiff's claims against Defendants Danny Lytle, Gerald Osborne, Benjamin Hulet, John Valentine, Michael Cragun, Robert Pero, Rebecca Rockwell, Barry Conover, Joseph Thompson, and Kade Fulmer are DISMISSED without prejudice for Plaintiff's failure to serve process.

Signed January 29, 2019.

BY THE COURT

District Judge David Nuffer

---

[3] Docket no. 62, filed Jan. 18, 2019.

[4] Docket no. 63, filed Jan. 18, 2019.

[5] Docket no. 64, filed Jan. 18, 2019.

[6] Docket no. 59, filed Jan. 10, 2019.

[7] *Id*.