AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Harshad P. Desai,

Plaintiff

v.

Garfield County Government, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-1164

IT IS ORDERED AND ADJUDGED

That Defendants' Motion to Dismiss is granted, and Plaintiff's action against Defendants is dismissed without prejudice.

June 24, 2020

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge